# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PERSONNEL STAFFING GROUP, LLC d/b/a MVP STAFFING AGENCY d/b/a MVP WORKFORCE, LLC d/b/a BARNETT MANAGEMENT,**
Appellant,

v.

**BRIGHTVIEW LANDSCAPE SERVICES, INC.,**
Appellee.

No. 4D20-2396

[April 15, 2021]

Non-final appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE17-021790.

Carter A. Korey of Korey Richardson LLP, Chicago, for appellant.

Todd R. Ehrenreich, David L. Luck and Jenna L. Fischman of Lewis Brisbois Bisgaard & Smith LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***